# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMKO GENERAL PARTNERSHIP; GEVORK SARKISYAN; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-04634-CBM-JPR<br><br>**ORDER**<br><br>[JS-6] |

## **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 4, 2014
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT JUDGE